UST-31, 7-91

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PETERSON, BRENT LR | ) | Case No. 08-13148TUC EWH |
| PETERSON, BEVERLY ANN | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared,

and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but

shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 5 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | $ 4.35 |
| 6 | Recovery Management Systems Corporation<br>For GE Money Bank / OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 1.29 |
| | TOTAL = | $5.64 |

October 4, 2010
Date

/s/ Gayle E. Mills
Gayle E. Mills, Trustee